No. 82–7027. IN RE ABNEY. Petition for writ of mandamus denied.

No. 83–264. BURNETT ET AL. *v.* GRATTAN ET AL. C. A. 4th Cir. Certiorari granted.

No. 83–103. WOODKRAFT DIVISION, GEORGIA KRAFT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 82–1885. TERRAMAR BEACH COMMUNITY IMPROVEMENT ASSN., INC. *v.* CARRITHERS ET AL. Sup. Ct. Tex. Certiorari denied.

No. 82–1990. AUSTIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–1993. JOINER *v.* VASQUEZ. Ct. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 82–2147. INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ASBESTOS WORKERS, LOCAL 17 *v.* YOUNG ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–6777. WOODS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–6906. KERNS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–3. BAGINSKY *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.